**Electronically Filed
Supreme Court
SCWC-20-0000239
16-JUL-2025
02:20 PM
Dkt. 62 ODAC**

SCWC-20-0000239

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

KELLY WAIAU, Individually and as Guardian Prochein Ami
of MINOR BOY 1; RAQUEL BALGA; ROMAINE DEBBIE CASTRO,
as Personal Representative of the Estate of
AMOS KEN AGLIAM,
Petitioners and Respondents/Plaintiffs-Appellants,
vs.
HAWAII EMPLOYERS' MUTUAL INSURANCE COMPANY, INC.;
FIRST INSURANCE COMPANY OF HAWAII, LTD.;
GENERAL STAR INDEMNITY COMPANY; and
NORTH AMERICAN CAPACITY INSURANCE COMPANY,
Respondents and Petitioners/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000239; CIVIL NO. 19-1-0123K)

ORDER REJECTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, Devens, JJ.)

The application for writ of certiorari filed by
Petitioners/Plaintiffs-Appellants on May 27, 2025, as well as
each of the applications for writ of certiorari filed by
Petitioners/Defendants-Appellees on May 23, 2025, are hereby
rejected.

DATED:  Honolulu, Hawai'i, July 16, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

